Form to be used by prisoners in filing a complaint under **CIVIL RIGHTS ACT, 42 USC 1983**

INMATE NAME: Michael Jerome Hairston

PRISONER NO.: 73445

PLACE OF CONFINEMENT: Danville Adult Detention

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA**

FEB 17 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

_____
(Enter full name)        Plaintiff,

v.

_____

_____

**COMPLAINT**

CASE NO. 7:17-cv-00063
(To be supplied by Clerk, U.S. District Court)

_____
(Enter full name(s))    Defendant(s).

A. Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   ✓ Yes    ✗ No

B. If your answer to A is Yes, describe the action in the space below.

   1. Parties to the Action: _____

   2. Court: Federal _____ _____ District of _____
      State _____ Circuit ___ Gen. District ___ Other ___

   3. Docket No. _____

   4. Name of Judge assigned to case: _____

   5. Disposition: I appealled my case and it is still pending
      (For example, is the case still pending? If not, what was the ruling? Was the case appealed?)

C. Did you present the facts relating to your complaint in the state prison grievance procedure?
   ___ Yes    ✓ No

   1. If your answer is yes, what was the result?

   2. If your answer is no, please explain. I was not aware the State Prison Grievance Procedure

D. **STATEMENT OF CLAIM** - State here briefly the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. Use as much space as needed. You may attach extra paper if necessary.

CLAIM #1 - SUPPORTING FACTS - Tell your story briefly without citing cases or law.

I put my claims on a separate piece of paper

CLAIM #2 - SUPPORTING FACTS - Tell your story briefly without citing cases or law.

CLAIM #3 - SUPPORTING FACTS - Tell your story briefly without citing cases or law.

E. State what relief you seek from the Court. Make no legal arguments; cite no case or statutes.

I would like that felony stricken from my Record Reimburst for lost wages and legal fees and pain and suffering

Signed this _____ day of 6-13-2017 19___.

Michael Hairston

**VERIFICATION:**

State of Virginia       County of Pittsylvania

(Signature of Each Plaintiff)

_____ states that he is the plaintiff in this action and knows the content of the above complaint; that it is true of his own knowledge, except as to those matters that are stated in it on his information and belief, and as to those matters he believes them to be true.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: 6-13-17   Signature: Michael Hairston

## SUPPORTING FACTS

**Claim ①**

I Michael Hairston was charged with Grand Larceny of an Automobile so I went to Circut Court in Danville VA. for my trial for Grand Larceny I was confident because I did not steal the Automobile The Judge did not find me guilty of Grand Larceny but the Judge sentenced me to 8 years in prison on another charge that I did not know anything about

**Claim ②**

Danny Gauldin pleaded guilty to the Grand Larceny of the Automobile because Danny Gauldin called Don's Auto Recycling and had them pick the car up on a Lowboy or wrecker and he carried the car to Don's where Danny sold it for Junk

**Claim ③**

I Michael Hairston did not Recieve a fair trial because the Judge found me guilty of second degree Grand Larceny and that is a whole different charge of what I was going to Court for

**Claim ④**

My lawyer and I did not know that Danny had went to the commonwealth attorneys office and made a deal

**claim ④** with them that they would cut his sentence to 60 days in Jail, if he testify against me and he did Danny got on the stand and told the Judge that I told him to steal the Car and the Judge believed Danny and sentenced me to eight years in Prison for a Junk car that Danny Gauldin stole & sold

**claim ⑤** If I Michael Hairston would of known that I was being charged second degree Grand Larceny I could of summon my witness's and got all my other evidence to defend myself against this new charge It is a big difference between Grand Larceny and second degree Grand Larceny

**⑥** I was found guilty on a charge that I did not go to court for or had any knowledge of so how was I suppose to defend myself in Circut Court My arrest warrant and court summons stated that I had to be in Circut Court for Grand Larceny in which I was not found guilty of

Here is one more thing that I would like to state. I apealed my case to the Court of Appeals I am in Prison now on a charge I did not know anything about until after I had my trial I was never given a chance to defend myself of this new charge of second degree Grand Larceny My question is this does the Circut Court Judge have the power or right to find me Not Guilty on the charge that I was charged with and then find me guilty of another charge that I was not charged with at the same trial On my new charge of second degree Grand Larceny that the Judge gave me I never had a chance to summon any witness's or bring any other evidence to my defence How can I prove that I am innocent if I am locked-up in prison

Michael Hairston
1000 South Boston Rd.
Danville VA. 24541

Clerk, United States District Court
210 Franklin Road, SW Suite 540
Roanoke, VA 24011-2208