CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 06 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL JEROME HAIRSTON, | CASE NO. 7:17CV00063 |
| Petitioner, | |
| v. | FINAL ORDER |
| UNKNOWN, ET AL., | By: Hon. Glen E. Conrad<br>Chief United States District Judge |
| Respondent. | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that petitioner's motions to amend (ECF Nos. 6-8) are **GRANTED**; this civil rights complaint filed under 42 U.S.C. § 1983, as amended, is hereby **CONSTRUED** as a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, and is summarily **DISMISSED** without prejudice for failure to exhaust state court remedies; petitioner's motion for appointment of counsel (ECF No. 5) is **DISMISSED** as moot; and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 6th day of April, 2017.

/s/ Glen E. Conrad
Chief United States District Judge